Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

Fort Lauderdale, FL Division

FILED BY _____ D.C.
JAN 29 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

20-CV-60190-SMITH/VALLE

Angela Cox Stafford )
 )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
 )
 )
Wheeler, Defusco & Associates and Prime Consulting )
Group, Inc. and Synergy Adjusting Corporation and )
Lloyd's of London Southeast Region )
 )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Angela Cox Stafford |
   | Street Address | 59 Moody Place |
   | City and County | Georgetown |
   | State and Zip Code | SC, 29440 |
   | Telephone Number | (843) 833-9191 |
   | E-mail Address | acstorm@aol.com |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Angela Cox Stafford , is a citizen of the State of *(name)* South Carolina .

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2. If the defendant is a corporation
   The defendant, *(name)* Wheeler, Defusco & Associates , is incorporated under the laws of the State of *(name)* Florida , and has its principal place of business in the State of *(name)* Florida .
   Or is incorporated under the laws of *(foreign nation)* _____ ,
   and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiff submitted a work product to defendant Robert Defusco. The work product consisted of the estimate prepared for the property listed on the insurance policy issued to the named insured Andres E Toro Revocable Trust, for repairs of damages caused by wind damages due to Hurricane IRMA. The property, an apartment unit, located at 2627 S Bayshore Drive #3102, Miami, FL 33133. The estimated amount of damages was in the amount of $623,732.13. The amount that would be owed to plaintiff, is calculated on a fee scale basis. The amount the defendant would have billed to Synergy Adjusting Corporation for the estimating services performed by plaintiff is as follows: $623,732.13 x 3.0% equaled $18,711.96 the amount billed by defendant. The amount due to plaintiff is calculated at an agreed percentage (65%) of the total amount billed by defendant as follows: $18,711.96 X 65% equals $12,162.77 amount due to the plaintiff.

The plaintiff submitted a work product to defendant Robert Defusco. The work product consisted of the estimate prepared for the property listed on the insurance policy issued to the named insured's Magi Houston LLC A Nevada LLC, for repairs of damages caused by wind damages due to Hurricane IRMA. The property is an apartment unit located at: 7764 Fisher Island, Miami, FL 33109. The estimated amount of damages was in the amount of $1,492,741.96. The amount the defendant would have billed for the estimating services performed by plaintiff is calculated on a fee scale basis. The amount the defendant would have billed to Synergy Adjusting Corporation for estimating services performed by plaintiff is as follows: $1,492,741.13 x 2.7% equaled $40,304.01 (amount owed to defendant). The amount owed to plaintiff is calculated at an agreed percentage of 65% of total amount billed by defendant as follows: $40,304.01 x 65% equals $26,197.60 amount due to the plaintiff.

The total amount owed for fees not paid is $38,360.37. The plaintiff is also seeking Punitive damages in the amount of $115,081.11. The total damages the plaintiff is seeking are in the amount of $153,441.48.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Angela Cox Stafford , and the defendant, *(name)* Wheeler, Defusco & Associates , made an agreement or contract on *(date)* 08/29/2017 . The agreement or contract was *(oral or written)* oral . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

The plaintiff was required to determine an establish the repair cost for the prospective properties. The damage to the property were a result of a wind storm due to Hurricane IRMA. The plaintiff was required to provide a written estimate to repair the property: dwelling, contents and the cost that would be incurred by the named insured to make alternative living arrangements during the period of restoration.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The defendant did not indemnify plaintiff the fee amount due for the two claims that were submitted to them: Andres E Toro Revocable Trust submitted on 11/20/2017 and Magi Houston LLC A Nevada LLC submitted on 02/12/2018. I learned that the defendant had no intentions of indemnifying plaintiff for either work product on 10/23/2018. The defendant did not notify plaintiff of there decision not to issue payment to defendant. I learned this on my own after waiting eleven months for payments and not receiving I inquired to there client Synergy Adjusting Corporation. At that point upon including this plaintiff on said emails the plaintiff Wheeler, Defusco & Associates then replied to me about the issue of payment.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is seeking the total amount owed for fees not paid for the work product presented to defendant for the named insured Andres E Toro Revocable Trust, amount not paid $12,162.77. The total amount owed for fees not paid for the work product presented for the named insured Magi Houston LLC, A Nevada LLC, amount not paid $26,197.60. The plaintiff is also seeking Punitive damages in the amount of $115,081.11. The defendant imposed extreme mental stress, emotonial stress and financial hardship on the plaintiff. The plaintiff was justified in anticipating and expecting payment for the aforemention work performed for the defendant. A period of more than eleven months passed without payment being made or defendant notifying plaintiff that Wheeler, Defusco & Associartes and made a conscious decision not to pay the plaintiff for previously mentioned services rendered. The plaintiff exercised an extreme level of patience regarding the anticipated payment. Wheeler, Dufusco & Associates had already determined that payment to plantiff would not be made and had not communicated to plaintiff of their intent. Paintiff inquired about the payment after waiting on same for a reasonable amount of time. and the effects of the defendants failure to compensate the plaintiff is presently ongoing..

The defendant ignored plaintiff's email inquiry sent to Rob Defusco on 09/26/2018, regarding payment due for the Andres Toro Revocable Trust claim. He did not respond to the email. At that time it had been more than six months that I had spoken to Mr. Defusco, he told me the claim should settle in about 30 days. I sent a second email to the office on 10/23/2018 attention Amanda Tardieu, she usually handles the payroll. I inquired about both claims Andres E Toro Revocable Trust and Magi Houston LLC, A Nevada LLC., the email received no response. Also on 10/23/2018, I sent an email to Tom Whitlow with Synergy Adjusting Corporation, Amanda Tardieu, Rob Defusco and Jeremeny Wheeler all with Wheeler, Defusco and Associates. In response to the second email dtaed 10/23/2019. I received a response form Rob Defusco within ten minutes, telling me to refrain from emailing our clients and what exactly is it you wish to be paid for? At that time I realized Wheeler, Defusco & Associates had no intentions of paying my fee for work performed on the two aforementioned claim files. The plaintiff knowingly and willfully withheld payment and did not notify the plaintiff of their intentions. The plaintiff is seeking the court to order the damages for the total amount of $153,441.48. The effects of the plaintiffs actions continues to inflict mental stress, emotional stress and financial hardship to the plaintiff.

The last payment I received from Wheeler Defusco & Associates LLC was a check dated November 1, 2018, for the amount of $2,887.93.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/5/2019

Signature of Plaintiff: *Angela C Stafford* (signed)

Printed Name of Plaintiff: Angela Cox Stafford

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Wheeler, Defusco & Assoc. |
| Job or Title *(if known)* | Vendor Owner |
| Street Address | 1509 NE 4th Avenue |
| City and County | Fort Lauderdale and Broward County |
| State and Zip Code | Florida, 33304 |
| Telephone Number | (954) 332-0796 |
| E-mail Address *(if known)* | RDeFusco@wheeler-defusco.com |

Defendant No. 2

| | |
|---|---|
| Name | Prime Consulting Group, Inc. |
| Job or Title *(if known)* | Vendor Owner |
| Street Address | 1006 Thompson Rd #200 |
| City and County | Richmond and Fort Bend County |
| State and Zip Code | Texas, 77469 |
| Telephone Number | (281) 738-5843 |
| E-mail Address *(if known)* | vgreen@primeconsultinggroup.com |

Defendant No. 3

| | |
|---|---|
| Name | Synergy Adjusting Corporation |
| Job or Title *(if known)* | Vendor Owner |
| Street Address | 355 Brogdon Rd. Suite 210 |
| City and County | Suwanee and Gwinnett County |
| State and Zip Code | GA, 30024 |
| Telephone Number | (239) 218-6874 |
| E-mail Address *(if known)* | mikenajafi@synergyadjusting.com |

Defendant No. 4

| | |
|---|---|
| Name | Lloyd's Southeast Region |
| Job or Title *(if known)* | Insurance Carrier |
| Street Address | 355 Brogdon Rd. Suite 210 |
| City and County | Suwanee and Gwinnett County |
| State and Zip Code | GA, 30024 |
| Telephone Number | (212) 382 4060 |
| E-mail Address *(if known)* | rodney.smith@lloyds.com |



JACKSONVILLE FL P&DC 322

U.S. Federal Building and Courthouse
299 East Broward Boulevard #10
Fort Lauderdale FL
33301



Angela Stafford
59 Moody Place
Georgetown, SC
29440



U.S. Marshal Service
Contents
Post 2